No. 11–7633. PERRY *v.* UNIVERSITY OF ALABAMA AT BIRMINGHAM. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.